# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

BRUCE G. THOMAS,

        Petitioner,             **JUDGMENT IN A CIVIL CASE**

v.

                                  Case Number: 1:05-cv-46

THOMAS McBRIDE, Warden,

        Respondent.

---

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** as follows:

The Court Adopts the Report and Recommendation of the Magistrate Judge in its entirety, Denies all of Thomas' pending motions, Grants the respondent's motion to dismiss, Dismisses With Prejudice Thomas' case and Orders that it be stricken from the Court's docket.

                         WALLY  EDGELL, Ph.D., Clerk

                         By_____

December 23, 2005                M. Somers